**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DEANDRE WALTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-00261-SEP |
| | ) | |
| GREGORY N. SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on review of the file.  On April 27, 2026, the Court ordered Plaintiff to pay the $405 statutory filing fee within 30 days.  Doc. [8].  The Court warned Plaintiff that failure to comply with the Order would result in dismissal of the matter without prejudice pursuant to 18 U.S.C. § 1915(g).  *Id.* at 2.  Nearly two months later, Plaintiff has not complied with the Order; therefore, the Court will dismiss the action.  *See* Fed. R. Civ. P. 41(b); *Brown v. Frey*, 806 F.2d 801, 803 (8th Cir. 1986) (a district court has the power to dismiss an action for the plaintiff's failure to comply with any court order).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.  A separate Order of Dismissal will issue herewith.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Appoint Counsel is **DENIED** without prejudice as moot.  Doc. [2].

**IT IS FURTHER ORDERED** that an appeal of this Order would not be taken in good faith.

Dated this 1st day of July, 2026.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE